NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CAPRA DELANCE RIVERS,                    )
                                         )
            Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-4814
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
                                         )
_____  )

Opinion filed July 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Highlands County; Peter F. Estrada, Judge.

Capra Delance Rivers, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.